Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**

**AUG 31 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

PHK

# UNITED STATES DISTRICT COURT
for the
Northern District of California 

San Francisco Division

**CV23-4518**

Terrance Turner

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Federal Trade Commission, Microsoft Corporation
Activision-Blizzard, Valve Corporation, Sony

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. ___:___-CV-_____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Terrance Turner |
   | Street Address | 45520 East Severn Way #410 |
   | City and County | Sterling |
   | State and Zip Code | VA, 20166 |
   | Telephone Number | (855) 365-1943 |
   | E-mail Address | Legal@ServiceZeroProfessionalServices.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Federal Trade Commission
- Job or Title (if known): Parties Assigned To: 3:23-CV-02880-JSC
- Street Address: 600 Pennsylvania Avenue, NW
- City and County: Washington D.C.
- State and Zip Code: District of Columbia, 20580
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Microsoft Corporation
- Job or Title (if known): Activision-Blizzard
- Street Address: Valve Corporation
- City and County: Sony
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: USSOCOM
- Job or Title (if known): FBI
- Street Address: CIA
- City and County: Secret Service
- State and Zip Code: IRS, SEC, DHS
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
U.S. Jurisdiction Common Law, Breach of Contract, U.S. Business Law, U.S. Contract Law, The Uniform Commercial Code, Fraud Statutes, Criminal Code, UCMJ, Conspiracy Statutes, Negligence ~ Sec. 802 & Sec 808 H.R. 3162, H.R. 6166, 18 U.S.C. § 241,
18 U.S. Code § 245, 18 U.S. Code § 1365, 18 U.S. Code § 1951, 18 U.S. Code § 1030,
18 U.S. Code § 1032, 18 U.S. Code § 1037, 18 U.S. Code § 1038, 18 U.S. Code § 1349
Title 18, U.S.C., Section 242, Title 18, U.S.C., Section 245

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Terrance Turner, is a citizen of the State of *(name)* Virginia.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* Terrance Turner, is incorporated under the laws of the State of *(name)* Virginia, and has its principal place of business in the State of *(name)* Virginia.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* [N∧A], is a citizen of the State of *(name)* [N∧A]. Or is a citizen of *(foreign nation)* [N∧A].

      b.    If the defendant is a corporation

The defendant, *(name)* [N∧A], is incorporated under the laws of the State of *(name)* [N∧A], and has its principal place of business in the State of *(name)* [N∧A].

Or is incorporated under the laws of *(foreign nation)* [N∧A], and has its principal place of business in *(name)* [N∧A].

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$1,000,000 USD

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

This is an attempt to protect corporations from malicious prosecution as a free citizen of this country, where those authorized and sanctioned in abilities to perform action lack expertise to rise to the aid of defense of a company who desired a merger and doesn't know how to defend itself against the complexities of the accusations of federal statutes, while intimidated by the preponderance of federal commission forces. The original case, brought forth, is light in evidence. It can be percieved as some sort of career move, and as an element of a politically-motivated coup attempt at the upper-management and leadership hierarchical structure of the FTC. the original complaint lacks legal professionalism and it lacks legal foundation, and legal focus. The organization

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

personnel are attempting to use their government powers and their ability to perform action, to gain a victory because "lawyers don't know how to defend technology cases", and "lawyers don't understand how to defend themselves against federal statutes" where a huge merit and weight of "intent" is the core crux of litigation decisions and litigation judgement review and judge-level case evaluation. There is no "there", there, in this case. There haven't been enough market actions, or evidences produced by anyone's review, to substantiate a finding, where the country is ripe with corruption from end to end and I, personally, have been putting forth cases that have been getting dismissed and squandered at the hands of the same judges, especially this one. The case

presented by the FTC lacks any real series of accusations that are derived from market understanding, or derived from historical perceived evaluation. I have all of those knowledges and histrionic foundations. I reached out to team, last night, to profer myself as an expert witness to this case, and I have not received communication. JSC, upon review and notification of a bad journalistic news story that "A California sitting judge, threw out The FTC's attmempt to save Call of Duty. Why does JSC hate Call of Duty". Once the press and ambush-journalists get wind of the failed appeal attempt or even an appeal success, which is still in progress. San Francisco judges will have their lives threatened by the retards of the internet and I have no activation in my federal powers so I cannot protect them.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/30/2023



Signature of Plaintiff

Printed Name of Plaintiff: Terrance Turner

### B. For Attorneys

Date of signing: 08/30/2023



Signature of Attorney

Printed Name of Attorney: Terrance Turner

Bar Number: INTERPOL SEC BAR 431170989

Name of Law Firm: Service Zero Professional Services

Street Address: ~

State and Zip Code: Reston, VA 20190

Telephone Number: (855) 365-1943

E-mail Address: Legal@ServiceZeroProfessionalServices.com

Terrance Turner
Federal Bar Association, INTERPOL SEC 431170989
45520 East Severn Way, #410
Sterling, VA 20166
Legal@ServiceZeroProfessionalServices.com
(855) 365-1943, (703) 831-7596

*Attorney for the Plaintiff and the Proposed Claim, and victims of the allegations & charges*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRANCE TURNER, *individually and on behalf of the Proposed Claim, and victims of the allegations & charges* <br><br> Plaintiff, <br><br> v. <br><br> Federal Trade Commission <br><br> Defendant, | **CIVIL COMPLAINT** <br><br> **FEDERAL QUESTION** <br> **MALICIOUS PROSECUTION** <br> **FRIVOLOUS PROSECUTION** <br> **FEDERAL VIOLATIONS OF LAW** <br><br> **DEMAND FOR BENCH TRIAL** |

## 1.    JURISDICTION

1. **TITLE 28 U.S.C. § 1331,** the federal question is stated as: "the district courts shall have original jurisdiction of all civil actions arising under the constitution, laws, or treaties of the United States". This code epithet of rhetoric, in conjunction with "The 10th Amendment" perfectly grants power and authority of The Northern District of California court jurisdiction system to hear this matter due to the following: 1) original, means any and all incipiating civil matters arising within the states with no respect to reason, with no respect to cause, with no respect to boundary accused, thereof or actual, 2) power, powers, authority specifically drafted, ratified to standard, and hence voted upon, and voted in to enaction shall be reserved by The Federal Government especially when these matters, and thus codified rule are made matter and record to new, common laws of understanding, and/or especially declared upon matters of law themselves, which Title 28 U.S.C. § 1331 is law and a prima fascia examination of the law, code, and epithat of standing declares that, "all civil actions", "arising…under…law…or The United States", 3) powers not specifically granted to the federal government, powers not specifically

~ 1 ~

granted to the states of The United States of America, are reserved and held in standing to the citizens of The United States themselves, powers held and adjudicated by and declared by The Federal Government of The United States of America shall be held, witnessed, and viewed in the reverse auspices at any state, municipality, local, or common level and thus as previously aforementioned is a classic and common interpretation of The Tenth Amendment.

2. **TITLE 28 U.S.C. § 1332**, the diversity question is stated as: the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $50,000, exclusive of interest and costs, and is between, (1) citizens of different states; (2) citizens of a state and citizens or subjects of a foreign state; (3) citizens of different states and in which citizens or subjects of a foreign state are additional parties; and (4) a foreign state, defined in section 1603(a) of this title, as plaintiff and citizens of a state or of different states.

## II.    FACTS

1. The plaintiff is a gamer and a reformed gaming non-current-addict. The plaintiff is intimately aware of the matters of the market and as a general consumer, has been, affected by matters of the market in ways that, the proponents of the legal lawsuit venture of prosecution of technology companies in reference, to a merger, do not understand.

2. The plaintiff is an expert witness, and is maligned psychologically to see, and become aware that malicious and frivolous prosecution is affecting, two companies that are near and dear to the heart of the plaintiff.

3. The plaintiff is an expert in Microsoft. The plaintiff is an expert in World of Warcraft. The plaintiff understands the full history of "all of the companies" involves, especially Valve, Sony, and numerous other companies that would be affected if this malicious and frivolous prosecution attempt was successful.

4. There is "no harm" to a merger, as it stands. As it stands, these video game companies, control and own, their own market. They don't "do anything" but profess their wares upon their undying, loyal patrons and fans, who benefit commensurately throughout the years. There is no harm in a merger, accusatorially, by default.

5. This "could happen", "but they could do something" is basically, the core foundation of why THIS COUNTRY exists, as opposed to NAZI GERMANY and SOVIET RUSSIA. This is "why" we fled, to this land, to "get away from these tactics" of THE UNITED KINGDOM and THE GREAT BRITAIN. This is "why" we have a MAGNA KARTA, and SOCIAL CONTRACT THEORY, and THE CONSTITION OF THE UNITED STATES OF AMERICA FOUNDED BY A DECLERATION OF INDEPEDENCE. Honestly, "this lawsuit amounts to the following philosophy", "you two can't sit next together, and if you two get in the car together then I am arresting you for malicious actions against this country".

6. Microsoft and Blizzard understand "who I am" from my playing accounts, and my secret hidden playing data and so does Sony, akin to Final Fantasy VII and PlanetSide, and BattleField. These companies are "near and dear" to my heart and psychological sanity. When someone changes a game, it creates

brainwave dysfunction in the human. It creates, psychological and neurological changes that influence the spine and skeletal muscle system in ways that "the court" understands, in reference to BetaMax and VHS, and hi-def television and the "non-lawsuits" non-purported that are wrecking the eyeballs of humankind and the frontal lobe anatomy structures of children.

7. These people who are prosecuting, are trying to fund their careers with a lobbed hail mary attempt to dislodge the current sitting "chair" of the FTC. They are working on behalf of a small coup operation, and they are trying desperately to "get a win".

8. The core of the lawsuit, is based upon hypothetical conjecture, in the way of "supposing a thing can exist, even with, even when especially there is no evidence". They don't have hidden documents, and hidden recorded surveilled conversations of a coup or a plot. They don't have anything but an idea.

9. The judge involved, may be affected by this "appeal" operation and I know PERSONALLY, that this judge "throws out my cases" and my cases HAVE WAY MORE MERIT than this idiot fucking juncture of a lawsuit claim that isn't even filed completely as a whole entire civil complaint lawsuit. There is no rest upon foundation of an action, a plot, a scheme, a conspiracy, lost revenue, future lost profits, identified harm to the market, any witnesses who can proclaim or confess future extrapolated harm upon many to minor quantities of humans. They have nothing but their power as government servants, to issue warrants and decrees that must be purposed and utilized in response because, "they can affect criminal action". That is their power.

10. I, have no such power. Some of my cases have been thrown out because "I" lack, "private right of action", which based upon precedence, and not based upon law, and even if it is based upon statute itself, of which I have reviewed, such statute is not law because it is not, constitutional. There barring adjudication of offenses and violations of law, because private citizens are not allowed to act upon certain things for the purposes of prosecution. Well, if the FBI and if the CIA are made-up of prosecutors like these, then perhaps "we" need more citizens that have "private right of action".

11. The claim of the lawsuit and civil action, rests upon the idea and hypothetical "worry" that "some" "thing" could happen, in the market if Microsoft, and Activision, rub their minds together, as opposed to their hands, and do something naughty and dirty. Well, I know for a fact, that these individuals at the FTC, "are way off base". Why and How?

12. Activision Blizzard, for those of you who don't know and have not been paying attention is only, and purely concerned with Personal Computing Software, Personal Computing Gaming, such as World of Warcraft, of which is used and utilized to train and condition the minds, adaptabilities, and reflexes based upon IRS actuary human-physiological science, as well as games like Splinter Cell: Blacklist, and this game and intellectual property is "at risk" and Activision Blizzard and this venture of a merger, IS ONLY CONCERNED WITH PERSONAL COMPUTING GAMING AND NOTHING TO DO WITH THE OVERALL GENERALIZED VIDEO GAME CONSOLE MARKET.

13. They are only concerned, here, in their merger, which "we" predicted, years ago, with some sort of a "move to Valve" and this company performed the market harm that is alleged against these two companies that haven't performed such actions.

14. Apple did it with the IPhone and their apple store and i-tunes store, with demolishing and consolidating games and libraries. Valve did it the worst. Microsoft "doesn't care" about software in gaming, nor about console markets.

15. Each of these companies, "has its own markets", it's like The Chinese Triad, or The Iron Hand, or The Black Fist and The Opium Trade. "They" already, have their customers. They aren't trying to take over the world. They already "have" the world. Their world, is their controlled market. There is no "world play". They control, their customers and these actions, actually "make people lose customers" which will happen if this merger is allowed to proceed.

16. The companies of the merger, want and desire to immediately steal the intellectual property personnel of Activision Blizzard, who, at the top of the company, will attain greater profits and the ability to tinker around with the different divisions of Microsoft and other companies, and will have greater access to Blizzard itself, whereas, there is a demarcation WALL, constructed, not a Chinese-Wall, and not a Chinese-Firewall, which occurred in Activision's, harmful take-over of Blizzard.

17. Blizzard, suffered much content losses and much, corporate UK nanny-state style tweaking of everything from, character models, additional flare to character performances visually, less complexity of all games, less complexity of all characters, less nuanced game play, over-simplification of the game in ways harmful and destructful and purposely-intentionally-agitating to the psyche-and-psychology of the humans and the minds, playing the game, such as myself.

18. To continue…secret spying cults within the game, that work and operate upon characters and the future game changes, like such as, The NSA Shop in The Good Wife, where, every-little-thing, they ridicule with power, and implore shame against you. They change, how the world works, and how the world operates, to defeat competition WITHIN THE GAME ITSELF TO DEFEAT HUMAN EXPANSION OF CONSCIOUNESS and this is the recorded harm performed within FORTNITE, BATTLE ROYAL, BATTLEFIELD, EA GAMES, PLANETSIDE, TRIBES, HALO, and WORLD OF WARCRAFT.

19. This is the HARM, that "these people" do. It is not the people of the merger. It is not. It is the people who "these people" PUT IN CHARGE of the things that are the company departments, the divisions of the companies and this is why Bethesda lost intellectual property to Bungie over Halo, and why Square lost similar and the same to SquareSoft and Enix, and that failed joined merger attempt.

20. When these people, walk away from the business deal, this is when harm occurs and begins. They are not "trying to take over the world". They have their millions and millions of World of Warcraft subscribers, SINGULARLY TO THAT GAME ALONE, ALL ACROSS THE WORLD, and the even more MILLIONS AND MILLIONS of people that honestly, "play other games", like such as, Call of Duty which replaced Medal of Honor and Ghost Recon.

21. My lawsuits, by comparison, carry far more weight in accusation and far more weight per accusation, and far more deliberate knowledge than this series of multi-million-dollar time-wasting case updates and lawyer changes to affect the docket and by time. Both sides are buying time because they don't know what to do, and my cases get thrown out by JSC personally, because, "something is going on in the market and I am not filing a damn appeal about a single case, and I am leaving everything alone".

~ 4 ~

22. The FBI and USSOCOM who work with The CIA tell me, instrument me, in the filing action attempts of all of my cases. My cases are far more material than this thing that is disrespectful upon the law itself. There is no "there" there, nor here. There is nothing going on but people bored in business and they want different things to tinker around with. They want to bring the companies together, and then, swap intellectual property people, from side to side, from one business to another, and then Valve can fix Skyrim and MMO Elder Scrolls, even if it's a UbiSoft game, but the World of Warcraft developers, will be pushed too far into too many directions, "and that is what happened to Halo and Madden" and this is the harm upon the market.

23. The merging companies need to promise intellectual property freedom and access to free time and civility of schedule and task, for all workers of interest and not corrupt, current, pilot, flagship, games inclusive to Call of Duty, because "it keeps people off of the streets". No one is trying to destroy Call of Duty, because "a lack of the presence of this title and people will turn into terrorists and set fire to food stores and blow up buildings by driving cars into them".

24. The harm is in how, the psyche and physiological body is affected by the entrainment effect of utilizing technology, where brainwaves are affected and eyes and skeleton are too. These companies, when they merge, "put the wrong people in charge" and these "wrong people" try to make their career, by making changes in some thing, and especially if it is a popular thing like Call of Duty and World of Warcraft, and "you wind up working for a bad or stupid manager" and they order your tasks wrong and incorrectly, and "you have no power" because you can't get a job in the market that doesn't value intelligence and this is where the world is today.

25. The problems of the world, get worse when the youth have more access to stupid game titles, and badly constructed software, where these bad games are physiologically unhealthy, and harmful, and this is what this merger is going to do.

26. Some executive, manager, division manager, department supervisor, in any of all of these "merger" circumstances ,lack experience, and they decide that they want to do some thing. They order some change to a game, like such as: removing abilities from a character, changing the color palette to a whole landscape of a game, changing the dialogue through plagiarisms of history and literary ilk, never re-balancing characters and game effects from previous promises and previous detected flaws, etc, etc. They change the light in the game. They change the camera angles. They change the sound. They change the sound driver. They change the way that a mouse click sounds.

27. You FTC investigators and prosecutors, are the type of people to "throw out lawsuits", and "throw out complaints" in these areas, while ignoring solar panel companies who are putting holes in roofs causing roof leaks, ignoring profit generation of payment processor companies of my filed cases, ignoring the market fraud of the cloud franchise of cloud offerings completely exclusive to cloud gaming, ignoring the Indian companies who have swept through the American technology market and left white-americans jobless and hopeless, where in their antitrust market fraud, only hire Indians and "they make you do fraud".

28. One fraud tells the story of another. One fraud tells the story and provides insight into another. These people, who are not the merging people, install little sycophants, who hate competitive people, who hate achieving people. They are like Arial Fuckwani. I think that you know who that is. They complain that

you are achieving. They complain that your personal online resume that is involuntarily created, doesn't have a score that's "high enough", not enough experience, not enough experience that they prefer, isn't long enough in different ways, doesn't have all of the content achievements that they desire on it. This is what is in the gaming market. This is the psychology that has destroyed companies. This is what the FTC doesn't understand.

29. These people, make things, changed in such a way, where little idiot dumb retard "shits" can do whatever they want, and are rewarded for it, and there are no consequences for those people. You prosecutors are the people who don't understand "that". You have pages and pages of market analysis and not one single material accusation. Just take one of my cases and run with it, but do pay me. You can take and receive, any dismissed, tossed-out case that I have filed, which completely explains market fraud and antitrust within the case filing itself, that is far more material than this and far more dangerous to the world that this. Solar panel installation companies are receiving free loans and charging their customers $50,000 to $100,000 per installation of solar panels that cost only $2,5000 cost of goods sold to manufacturer.

30. This is what you need to be investigating, payment processors, that are mandating that its workers go DOOR TO DOOR to businesses to sell the service of the payment processors, during the deadly and worsening pandemic, while other organizations are mandating that workers, like me and Rose International "GO PHYSICALLY TO WORK" or "GO PHYSICALLY TO A POLICE STATION TO GET FINGERPRINTED" where you are physically in-proximal to another human being, who is going to "roll your fingers". You cannot compete in a market, as an employee, for future life benefit, when employers do these "fuckwani" tactics on you. You cannot get a job, when "these people" tell you, that "you need to report your vaccine status" to us, or "your religious preference". We need to investigate these things and leave Microsoft alone.

31. It's "people" within the company, not the company itself. There are people, who are going to make changes to World of Warcraft and after I supposedly get income, that is the only game that I will play, again, because The FBI makes me do it, but I cannot physically play a physiologically harmful game which is why I never played anything else. They skew the shape of human character models, and they don't use real physics engines that are anchored to physics premises in reality. This distorts the human mind and distorts the human consciousness. You have probably found in your research, that gamers of today, are weird and weird looking.

32. Their skulls are weird. Their eyeballs are weird. They like weird things. They are not normal in intelligence. They are nitpicky in ways. They don't know how to argue. They are dictatorial. They are tyrannical. They are malicious and frivolous. They don't understand logic. I am kicked out of groups for raid in World of Warcraft, because I don't want to talk on Discord or Teamspeak. I have lost interviews for jobs, because I don't want to be on camera. I have almost lost out on sales opportunities from the vendor because, I don't want to be on camera, to discuss my potential of being a customer for some sales and marketing provisions company.

33. The market harm is what they do with the intellectual property that they own, the people that they control, and what they will do with their auspices of whatever it is that they own and control, and can influence.

34. No one, in these companies are plotting external wars, with other "titles", with other "softwares". No one is trying to go to battle with another external company, where you delete their market share, or influence its buyers to stop buying products, or influence their buyers or the market to not buy things, or to buy other things from yourself that negatively affect suppliers to the market.

35. These companies employ harmful people. I found that out the hard way with World of Warcraft and the expansion, relatively and figuratively known as "N'Zoth". They put cancer in the game. They physically analyzed cancer and tumors and much puke and shit, and they put models of such in the game for characters to defeat. There are NSA crews and GCHQ crews that adapt technology to affect human consciousness and these people "make you play the game and make the experience very real for you". They have these fungal tendrils coming out of a cancer node, or cancer muck, and you have to run around killing it. All these people do, is make horrible disgusting, imbalanced changes to games in micro ways, that objective third-party people will deny.

36. It's like a manager taking your task away from you but keeping you employed. Well, a judge in Los Angeles won't understand the EEOC claim attempt when you say that's discrimination and disenfranchisement. You people are similar, where you cannot see the harm. You are arguing about console markets, and console histories, when Activision Blizzard is only concerned, as a company, historically, about personal computing software, personal computing gaming.

### III. ALLEGATIONS & CHARGES

1. The FTC is performing a conspiracy of malicious prosecution where, they clearly have been presenting the case to themselves, since December of last year, attempting to form a foundation and work themselves through the motions, and don't understand the viability of an argument here.

2. They started a lawsuit that is frivolous and they will not let it go. They are looking for any inch, any declared position to stand upon and they are performing business management, business analysis market analysis, stouting facts as allegations themselves. They are stating their business analysis as facts and that is frivolous in the concern and contrast to what a criminal pending action can do to a company and all that who are involved, especially all of the careers, especially the lawyers who have no expertise in gaming, nor personal computing software, nor cloud, which is part of the reason why this is malicious criminal action.

3. The lawyers involved, are not experienced well enough in their defendants' markets to create a defense. They do not have time to prepare a defense and each company is too vast and huge to understand, if there could be a coup operation, within that could use the potentiality of this merger to perform something malicious upon the public or the world. This case cannot be prosecuted because, there is no defense that anyone, except for myself, can muster, fabricate, or create for the defendant.

4. They created this lawsuit because, the defendants cannot create a defense. It's a shotgun approach with only one shell in the shotgun.

5. There is a coup looming within the FTC and no other organization to promote careers. They are attempting to oust the chair because of racism and bigotry and aegism, in violation of the spirit of the

law of Title VII but currently there is no law nor ratified statute that protects "ageism in the reverse direction", nor "ageism of those who are less than forty" which I completely know by and from understanding the law, and as well as commentary twice, upon a court case against Deutsche Bank, because of my youth, lack of forty, I was not promoted to director, managing director, nor CISO.

6. The FTC is attempting to foster careers at the expense of a lawsuit venture that was commoditized down for political perception purposes, to isolate-it-down-to-one-action even though it is a compound "complaint", but not a fully formed complaint. This is disrespectful of the judicial system and the judge presiding. There was no factual reason as to why, the claim attempt could not be summarily dismissed because, as a witness to the rise and capitulation of ALL OF THESE COMPANIES, as a witness to the actual market harm and world damage that ALL OF THESE COMPANIES have caused, each in their individual ways (Sony owes me several Cyber Security jobs, and so does Blizzard and Activision, the company name is actually supposed to be Blizzard and Activision. I interviewed with Valve in 2012). I am a gamer. I know what I am talking about. These people laid-out thirty pages of non-evidence and premise of their understanding of the market, but not one single allegation beyond the first page. That is violation of procedure, to induce the court upon a non-ramble, presenting facts as evidence, not supporting your own claim by performing a smokescreen of smarts and intelligence.

7. The FTC has used a litany of allowed performances, of the defendants' side of the house, to by time and has not challenged enough these "extensions" and "deferments" where it is a legal trick, to intimidate your opponent well-enough to the effect, that "they ask for time, which buys you time". They are not performing their prosecution timely, nor efficiently. Time extension has not improved the allegations, nor the charges, nor has it produced an incipience, nor iota of criminality during the proceeding. The FTC should have removed itself not long past June regarding this matter, but the June filing should have occurred. This is violation and match to the basic legal premise understanding of malicious prosecution.

8. The world is harmed by these efforts. There is an overwhelming lack of prosecution of matters that are completely harming this country. The markets affected under the auspices of routine and dutiful influence of "these companies" will be harmed through systematic changes and modifications to "those things within its reach", "things and parcels already within its grasps" where the prosecution direction has been misdirected. There are other world looming matters for the FTC to investigate, matters that "I" presently and recently have put forth before this very court, and other federal district courts within this country that are viable and prosecutable under FTC mandate, and FTC premise of jurisdiction of process.

# IV. CLAIMS

## 1. 18 U.S.C. § 245 - FEDERALLY PROTECTED ACTIVITIES

The companies are attempting to enjoy and proliferate their income and standing, and honestly, "don't think it through" because the claims that "I" have made against them, claims that "I" have presented, "don't make it that far up the pipeline and ladders and echelons of companies and EVEN IF they tried to fix them, honestly, undoubtedly, and truly, everything gets changed, along the way down to the bottom". Fraud can occur, market harm, can occur through a conspiracy of iota quantity and functioning small division of rouge elements, who can appear, in the middle of the night, absent declaration, absent characteristic qualification of apparent purpose. There is harm by default, of companies merging, and absence of this motif, and freedom premise, within the prosecution documents, demonstrates, shows, and conveys a "one-sided-ness" and imbalance in the perception of the prosecution. They are seeking to harm the companies and harm the merger for personal gain. This is akin to captain ahab chasing a whale. They allowed extension, after extension and in the meantime of all of these extensions and appeals, even though the FTC has publically "backed away from prosecution" from upon its own very website, the filings still occur, from both sides of the case. Something is wrong here. The companies are attempting to perform basic civil authorized actions of and as free citizens of this country and these FTC rogue elements are acting like UK Big Brother Big Government Nanny State Russia Gestapo Tacticians. The filing upon The Northern District of California, should have never occurred. At the very least, when the defendants "put forth" their defense, and confessed many nonatrocit things, and confessed nothing but a perception of business operations standard to the operations of a capitalistic, meritocracy derived economy, they should have changed the nature of the investigation. They should have changed the charges. However, they did not file a fully formed considered civil complaint and that limits the actions of the court. They were attempting to target their interests in a cowardly, and sneaky way to protect perception and protect political interests. Careers will be ruined after this, especially the lawyers. That is harm.

## 2. 18 U.S.C. § 1951 - INTERFERENCE WITH COMMERCE BY THREATS OR VIOLENCE

This lawsuit operation, directly impacted a financial transaction. The charges of general and vague antitrust violations and market anticompetition violations are threats of violence, and the ramifications upon reputation are unfound. They are unmeasured and immeasurable. The company may harm itself, or harm its market, or harm its current customers by the actions of this merger attempt. Some of this has been explained in this legal brief, for example, "if I play World of Warcraft again, I WILL NEVER, play under full execution of all of the fancy, high-end graphic enabilities, never. It is harm to the physical eye, and physical frontal lobe brain anatomy and causes permanent physiological damage, and undue psychological harm, that is permanent, persistent, untrackable, and not understood by science, but understood by me and the FDA, but not the CDC". With prosecution, you are threatening to remove rights, threatening to remove many privileges and abilities enjoyed by free citizens of this country, albeit not the world. Prosecution where no harm, current, past, or future has been defined. The case should have been revoked and removed upon willful cognizance of the prosecutorial team. They were hoping, with latency between events, that some, thing, would, come, or make itself presently available. A lack of diligence in prosecuting one's case is a violation of law, violation of procedure, and violation of The Federal Civil Rules of Procedure.

3. **18 U.S.C § 1030 - FRAUD AND RELATED ACTIVITY IN CONNECTION WITH COMPUTERS**

   I had to read every page of that initial non-complaint document, and every page of the court's opinion as a response, that and which carried the dismissal of the case. The case does not meet the requirements of prosecution. Much non-ramble, and much presentation of non-material fact, was purpose and used with the spirit of conjecture, the spirit of accusation, but did not levy nor provide any worthwhile substance, to the court, nor to The American Public, who has received advertisement and representation of news articles and proclamations that the FTC was pursuing fairness and the upholdment of rights, and fair market play dynamics. The complaint document, is a wishful hope that JSC and other judges presiding and The American Public, "would jump on the bandwagon of prosecution" because "everyone knows that Microsoft is a huge company, and you know that they are doing evil". These people, do not understand the history of antitrust, the history of allegations against Microsoft, the former televised news story that document and reflect the same, the history of the games of Activision, the history of the impact of Blizzard and who they acquired World of Warcraft from, the plagiarized history of Call of Duty, and many other things that affect the gaming market, not necessarily the console gaming market. They do not understand THE HISTORY OF FUCKING COMPUTERS ITSELF and they are going ON AND FUCKING ON for pages, and pages, about market business analysis, that looks good on "House of Lies", and NOT ONE really good solid accusatory made-up fabrication to stand on. At least make something up, that the public can support to win this case. Someone, promised, some one else, some thing. They are pushing forward past appeal and they are not letting go. They will "go" after many other companies with whatever federal law and statute that they basically, under premise, understand. They will attempt to make up their careers by chasing other whales.

4. **THE FEDERAL RULES OF CIVIL PROCEDURE**

   The prosecution stated a claim, but not a claim based upon which the foundation can be awarded relief. The claim is not properly supported by fact. The process is not diligently prosecuted. There is some form of mock court hearing applied within the FTC in a grand jury way, in administrative hearings, where the case is tried or explored based upon FTC policy, procedure, statute, internal statute, and standard and there was nothing there. The case did not change.

   That is the purpose of the internal hearing style that was derived from the IRS hearings of ago before there was an FCC to create the FTC. These people are not aware of their history and not aware of the histories of these companies, nor the companies' benefit to the psychology of humans, nor their benefit to humankind. The case is not supported by evidence which is violation of rules and standard. They lack knowledge of their own allegations. They have not defined the harm. They have defined, by example of which to extrapolate or hypothetically guess a history of harm. They don't have historic sight or historic vision to understand the harm performed by either companies. They don't have capacity on this issue.

   They don't have authority of the subject topics. They are performing mistake and conditions of the mind. Rule 10 Violation. They alleged that numerous numbered paragraphs in the wrong section, contained multiple allegations, whereas incorrectly, they were performing a history examination of the market and demonstration of their knowledge and intellect, incorrectly, later a document addressing that-section as allegations, and numerous characterized, by them, allegations, when this is not true. The allegations were not plainly present, not plainly presented in a material way.

I am completely aware of the hypothetical angle, hypothetical potential of harm, but it does not exist at the world level, at the world at large accusation. It exists differently within the markets that they control akin to: Activision Blizzard to Battle.net, Valve to Steam, Microsoft to SEGA, Sony to Myst, Sony to SimCity, Sony to the music market, Sony to napster, Sony to divisions of the world and actions that are ungone and unspoken. There is nothing here, but an attempt at a career.

5. **18 U.S.C. § 1038 - FALSE INFORMATION AND HOAXES**

The FTC tracked upon its website the history of this case, and what led to the initial federal district filing. The FTC reported to the public that it would be investigating Microsoft and Activision Blizzard concerning this affair. I doubt that these FTC individuals understand technology well enough to put forth meaningful accusations and founded allegations upon evidence, against any technology company.

They tried a current college trick, of broadcasting lots of facts and evidences that are non sequitur that serve the purpose of credence building, while hoping and praying that someone decides "for you" when the time is at hand. These people, are of the psychological generation that prefers "to say things and not prove things". They prefer uses of appeal to authority to prove their matters, and prove their case.

All of that information in those approximate thirty pages of the initial filing are false information from the court perspective of prosecuting a case, a series of non-ramble hoaxes, as if "teacher we did our homework, we want you to give us an A, even though we didn't create the science project that we said that we would did, and we didn't make the book report on the subject title that we said that we would read".

It is pages and pages of a smokescreen, hoping that the judge would see some thing in the case and rule appropriately to their opinion and to their perceived favor. I would, in my personal opinion as a U.S. Citizen, as someone who is currently filing lawsuits, would never believe in direct consideration of my dismissed cases, that "these people" would attempt to throw fodder at the court's perception, and would expect to walk away with anything positive. In my opinion, as someone who files cases, I expected better.

I personally, have better angles to present on harm, and world damage and I personally emailed these people yesterday, on a Sunday, and I have received no response, this Monday Virginia Morning, and we are all "down the street from each other" and "we are all in the same fucking time zone" and thus, I have been ordered to attack "that team" with this lawsuit.

They threw many documents, and many evidences, at the court, in an attempt to blind justice, with their government auspices, and their federal trade commission powers of command. There is nothing presented in those case documents, except for evidence of business analysis documentation. They "don't even" repetitively banter themselves into redundancy like "well you know, come on, they did this and they did that, and they did this and they did that" with some sort of anchored angle, in a history of maligned but true facts.

Microsoft, Bill Gates, predicted long ago, that the FTC, or some looming hungry hyenas within the FTC, would see merger or acquisition actions, in the future, and "they would go after Microsoft with nothing but a loose allegation and no facts, and just stand in court on business analysis". This is present in 1980's and 1990's television news filmings. As a gamer, as a computing professional, as a technologist, I want Microsoft to get rid of the email requirement to establish a Windows account on a personal computer.

I want Valve, to stop making updates to Steam and forcing that Steam agent to run on computers when someone wants to play a videogame. It harms the computer by utilizing resources, and the physically, shortens the life of hardware, when these prioritized processes are operating with other more prioritized processes operating in the foreground. I want Microsoft to continue stripping unneeded parts and pieces of software out of Windows. However, I hate that they removed the snip tool. I hate that they removed the alarm clock, from the base of Windows and "put it in the online store". These are things that can be sued. Valve, can still be sued over its antitrust actions that it performed upon its own market.

Sue them when they actually do something. Sue Microsoft for something, that it's moving on. You're accusing someone of a crime, and they aren't even looking as if they are holding a gun or a weapon. Where is the person, who is the witness, who has the plans or the documents of the conspiracy to target, attack, and shut down these companies that are these market competitors? Who promised this case to someone? Is there money involved?

What material evidence is there, to support this prosecutorial effort? Did they hope, that under prosecution that they would find more evidence? These companies control their own markets. They do not unnaturally attempt to extend their markets. They have control of various and vast sections of the world. They already are doing the antitrust by not discoupling and discombobulating themselves in a "ma-bell" way to encourage more intellectual property within the market. Activision, shut down many Blizzard and Activision games before Activision acquired Blizzard. Where are the lawsuits for those crimes?

These people, tinker around with things, and make things anti-competitive for people who play the games. They make it slower for you to aim. They make it harder for you to use your skills. World of Warcraft and other games, have had "this thing" of an operation, where good players are penalized, globally, where "you can't use that ability yet, like you used to, YOU just have to wait, one or two more seconds", "these other skills now take an additional minute to release from cool down", "you can't get free armor and free abilities like the other opposition, like the Alliance". The examples are too numerous and "at the end of the day", no one who is really smart, wants to play any other game, because "these people" make the games very easy for stupid and retarded people to play successfully and win.

The anti-competition in this game market will come, from new management demanding tweaks and configuration changes, based upon the input of "fuckwani" type of individuals, who do not favor competitive individuals, and who do not desire any good, being good at anything except for themselves. Call of Duty has done this, by removing reality from the game. The game is an arcade inspired not-real game. They purposely neglected to input and ingest the Unreal Engine, frameworks from SWAT 4: 2, model and design techniques from Rainbow Six. They have done everything to make this Call of Duty game anti-competitive to gamers who are good at games, to favor a larger market of "window lickers" who just want to tap buttons without skill and pretend to be successful and the game makes it so.

And additionally, these people, too have the habit of, talking a lot without saying anything substantiative or material. They don't prove their arguments. They "say things". If they had the ability, such as people between 2012 to 2017, they would fill up your time with themselves reciting facts and things as if that is evidence, and they never prove anything. These people prefer to use authority of a resource, authority of locus of control to install, instill, impose their will upon the environment and variables. That is how thi case looks.

When someone, beckons the court's attention on a matter, and they present a whole bunch of evidence, filibustering the process, akin to, law firms that prefer to "send out" litanies of pages of precedence as if that, proves the case, this is a fraud and hoax upon the court. This is a fraud and hoax upon the defendant party. This is some thing, of a tactic, that these "2012 people", the millennials who are the people specifically born after 1990 and not before, prefer to do. They want to say a bunch of things and invisibly demand, and prefer "that you make the right decision".

It's akin to a manager at a company, attempting to prove you wrong on something, and they stand there, talking for forty minutes, "not about the topic of discussion" and they walk out of the room. This is how this case looks. The premise of prosecution has been declared. They were hoping to uncover facts during the course of the court procedure, but they don't know what evidence to request. They bought themselves some time, by filibustering the judge's perception of facts, by adding and adding facts to the docket through the filing, which then, makes "the other side" research and correlate and perform, hours and hours of research and correlation tactics, because "if you don't prove a point, or if you don't counter a thing that's listed or presented, then you can be wrong and lose your case".

They listed hours and hours of facts that need to be researched and vetted and correlated against implied strategy position. When someone "puts all of these facts down", they know what they are doing. They are using the facts as a smokescreen to buy time and to win favor in an odd way. "Rule for me, because, I know the facts about these many things". It is almost 3 PM, why haven't these people called me? This is the charlatan attitude that has infected World of Warcraft and other games. This is what keeps people from hiring qualified workers, experienced workers, competent workers, intelligent workers. It's this right here.

This is what people "go through" in employment, with managers like Steve Jobs, who prances around all day, and doesn't do anything and as a technician who is trying to better things and fix things, "when you don't agree with the manager's philosophy you are fired". This filibustering with immaterial facts habit is a tell-tale sign of bad psychology. They lack capacity of the technological matters. They don't have a history of understanding of mergers and acquisitions in this country. They don't know the gaming market. They don't understand that this is a personal computing software "play". This is malicious prosecution.

V. PARTIES

1. Terrance Turner is an affiliate of USSOCOM and The Federal Bureau of Investigations. Federal Bar Appointee, INTERPOL SEC 431170989. Terrance Turner is charged with filing lawsuits during the natural course of business and life restitution activities beyond personal whim, beyond personal will, is the subject of monitoring per CIA AND USSOCOM directive and military intelligence clearance clandestine programs.